FEDERAL ENERGY REGULATORY COMMISSION
WASHINGTON, DC 20426

October 6, 2023

**Via ECF**

Re:   *Public Citizen, Inc. v. FERC*, No. 22-1251 (Oral Argument Scheduled for Oct. 10, 2023)

Dear Mr. Langer:

    Intervenor Nopetro LNG, LLC's October 4 letter evinces considerable uncertainty: it "currently is not pursuing" the project that is the subject of the FERC declaratory order on review; it has "no current plan" to develop the project "in the future"; its "plans could change"; and it "could" apply the Commission's determinations "to other Nopetro projects." In these circumstances, given this degree of speculation, the Court could find that this case is moot, under the very case Nopetro cites. *See Super Tire Engineering Co. v. McCorkle*, 416 U.S. 115, 123 (1974) ("so remote and speculative" standard).

    However, Nopetro is entitled to rely on the declaratory order it requested as long as there is no material change from the circumstances presented in its petition for a declaratory order. *See* 178 FERC ¶ 61,168 at n.12, JA 42 (the Commission's analysis and determinations are "limited to the scenario presented" by Nopetro).

    Respectfully submitted,

                                     /s/*Matthew J. Glover*
                                     Matthew J. Glover

                                     Counsel for Respondent Federal
                                     Energy Regulatory Commission

cc: all counsel (via CM/ECF)

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g) and Circuit Rule 32(e), I certify that this letter complies with the type-volume limitation the Court's order of October 2, 2023, because the body of the letter contains 148 Words.

I further certify that this brief complies with the type-face requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), as well as the recommendations of the Court in its Handbook of Practice and Internal Procedures at IX.A.6., because this brief has been prepared in Times New Roman 14-point font using Microsoft Word 365.

/s/ Matthew J. Glover
Matthew J. Glover
Attorney

Federal Energy Regulatory
 Commission
Washington, DC 20426
Tel.: (202) 502-6180
E-mail: Matthew.Glover@ferc.gov

October 6, 2023

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system on October 6, 2023. Participants in the case will be served by email through the Court's CM/ECF system.

                                                    */s/ Matthew J. Glover*
                                                    Matthew J. Glover
                                                    Attorney

Federal Energy Regulatory
 Commission
Washington, DC 20426
Tel.: (202) 502-6180
E-mail: Matthew.Glover@ferc.gov

October 6, 2023